UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISVISION

CAROL GIROUARD-BONO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 17-cv-10888

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

_____/

## ORDER ACCEPTEDING AND ADOPTING REPORT AND RECOMMENDTION [#14] GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#8] AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#18]

This matter is before the Court on cross motions for summary judgment as to judicial review of the Commissioner's decision disallowing benefits to Plaintiff. The matter was referred to Magistrate Judge David R. Grand, who issued a Report and Recommendation on December 19, 2017, recommending that the Court grant in part Plaintiff's Motion for Summary Judgment and deny Defendant's Motion for Summary Judgment. Dkt. No. 14, pg. 11 (Pg. ID 8247). Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Grand's December 19, 2017 Report and Recommendation [#14] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is GRANTED IN PART to the extent it seeks remand and DENIED IN PART to the extent that it seeks benefits. Defendant's Motion for Summary Judgment is DENIED. This case shall be remanded to the administrative law judge for further proceedings consistent with Magistrate Judge Grand's Report and Recommendation.

SO ORDERED.

Dated:     January 12, 2018

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge